```
1   Michael S. Agruss (SBN: 259567)
    AGRUSS LAW FIRM, LLC
2   4809 N. Ravenswood Ave., Suite 419
    Chicago, IL 60640
3   Tel: 312-224-4695
    Fax: 312-253-4451
4   michael@agrusslawfirm.com
    Attorney for Plaintiff,
5   RAMON D. VINCENT
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| RAMON D. VINCENT,          ) | |
|                            ) | |
|         Plaintiff,         ) | **Case No.: 5:21-cv-00085-JGB-SP** |
|                            ) | |
|     v.                     ) | |
|                            ) | **NOTICE OF SETTLEMENT AS TO** |
| MONTEREY FINANCIAL         ) | **MONTEREY FINANCIAL** |
| SERVICES, LLC; RESORTCOM   ) | **SERVICES, LLC** |
| INTERNATIONAL, LLC;        ) | |
| UNIVERSAL VACATION CLUB,   ) | |
| *doing business as* Universal Vacation ) | |
| Club International; and CLUB ) | |
| MANAGER, LLC,              ) | |
|                            ) | |
|         Defendants.        ) | |

Plaintiff, RAMON D. VINCENT, ("Plaintiff"), through his attorney, Michael S. Agruss, informs this Honorable Court that Plaintiff and Defendant, MONTEREY FINANCIAL SERVICES, LLC, have reached a settlement in this case. Plaintiff

1

anticipates dismissing Defendant, MONTEREY FINANCIAL SERVICES, LLC, with prejudice, within 60 days.

|  |  |
|---|---|
| DATED:  February 24, 2021 | Respectfully submitted, <br> AGRUSS LAW FIRM, LLC <br><br> By /s/ Michael S. Agruss <br> Michael S. Agruss <br> Attorney for Plaintiff <br> RAMON D. VINCENT |

## **CERTIFICATE OF SERVICE**

I certify that on February 24, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Michael S. Agruss
Michael S. Agruss